IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00010-PAB-MJW

MARITZA RAMOS AREVALO,
as court-appointed conservator on behalf of minor children,
A.N.M.R., and
C.A.M.R.,

Plaintiff(s),

v.

SONRISE PILOT, LLC, et al,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Reconsider Order Denying Motion to Reschedule the Scheduling/Planning Conference, DN 21, filed with the Court on March 1, 2010, is GRANTED. The Scheduling Conference set on March 15, 2010, at 9:00 a.m., is VACATED and RESET on March 19, 2010, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed scheduling order to the court on or before March 12, 2010.

Date: March 4, 2010