IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MARITZA RAMOS AREVALO, )
CONSERVATOR OF A.N.M.R., A )
MINOR CHILD AND HEIR TO THE )
ESTATE OF NOEMY RAMOS JIMINEZ, )
AND CONSERVATOR OF C.A.M.R., A )
MINOR CHILD AND HEIR TO THE )
ESTATE OF NOEMY RAMOS JIMINEZ, )
 )
Plaintiffs, )   Civil Action No. 10-cv-00010-PAB-MJW
 )
v. )
 )
SONRISE PILOT, LLC, A COLORADO )
LIMITED LIABILITY COMPANY; )
DAVID HAINAULT; PAC-VAN, INC., )
AN INDIANA CORPORATION, ALSO )
KNOWN OR DOING BUSINESS AS )
INNOVATIVE SPACE SOLUTIONS; )
JOHN DOES AND AN UNKNOWN )
PILOT ESCORT OPERATOR )
COMPANY, )

Defendants.

---

**ORDER GRANTING JOINT MOTION TO VACATE PRE-TRIAL CONFERENCE**

---

THIS MATTER, coming before the Court on the Parties' Joint Motion to Vacate Pre-Trial Conference, and the Court having reviewed the file and being fully advised herein, does:

GRANT the Motion to Vacate Pre-Trial Conference.

Dated this 9th day of February, 2011.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO