IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-00010-WJM

MARITZA RAMOS AREVALO, as court-appointed
conservator on behalf of minor children
A.N.M.R., and
C.A.M.R.,

     Plaintiff,

v.

SONRISE PILOT, LLC, a Colorado limited liability company,
DAVID HAINAULT,
JOHN DOES, and
AN UNKNOWN PILOT ESCORT OPERATOR COMPANY,

     Defendants.

_____

### ORDER OF REASSIGNMENT
_____

On July 8, 2010, an order entered consolidating this civil action with Civil Action No. 09-cv-03031 for discovery pursuant to a stipulated motion to consolidate.  While the order was for consolidation only for discovery, it is impracticable for this case to proceed under the responsibility of different judges.  Inadvertently, this Court failed to enter an order of reassignment of this civil action from Judge Brimmer and the case has recently been reassigned to Judge Martinez.  To avoid any further confusion, it is now

ORDERED that this civil action is reassigned to this Court for all purposes.

DATED:  February 14th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge