IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-00010-WJM

MARITZA RAMOS AREVALO, as court-appointed
conservator on behalf of minor children
A.N.M.R., and
C.A.M.R.,

     Plaintiff,

v.

SONRISE PILOT, LLC, a Colorado limited liability company,
DAVID HAINAULT,

     Defendants.

_____

ORDER WITHDRAWING ORDER OF REFERENCE
_____

This case having been reassigned to this Court, it is

ORDERED that the Order of Reference to United States Magistrate Judge Michael J. Watanabe [4] is withdrawn.

DATED:   February 14th, 2011

                                             BY THE COURT:

                                             s/Richard P. Matsch
                                             _____
                                             Richard P. Matsch, Senior Judge