IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-00010-RPM

MARITZA RAMOS AREVALO, as court-appointed
conservator on behalf of minor children
A.N.M.R., and
C.A.M.R.,

    Plaintiff,

v.

SONRISE PILOT, LLC, a Colorado limited liability company,
DAVID HAINAULT,

    Defendants.

_____

ORDER SETTING TRIAL DATE AND TRIAL PREPARATION CONFERENCE
_____

    Pursuant to the pretrial conference convened October 24, 2011, it is

    ORDERED that this matter is set for trial to jury on **February 6, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.**  It is

    FURTHER ORDERED that a trial preparation conference is set for **January 13, 2012, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    DATED: October 24th, 2011

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge