IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-00010-RPM

MARITZA RAMOS AREVALO, as court-appointed
conservator on behalf of minor children
A.N.M.R., and
C.A.M.R.,

      Plaintiffs,
v.

SONRISE PILOT, LLC, a Colorado limited liability company,
DAVID HAINAULT,

      Defendants.

---

## RULINGS ON ISSUES PRESENTED IN THE TRIAL BRIEFS

---

The Defendants' trial brief includes a renewed motion for summary judgment of dismissal, premised on arguments that Defendant Hainault did not breach any legal duty. Upon consideration of the Defendants' arguments and the Plaintiffs' trial brief regarding the duties of pilot escort drivers and rules and regulations of the Colorado Department of Transportation, the court concludes that the Defendants' liability, if any, must be determined at trial.

The trial briefs also address the issue of whether Plaintiffs properly pleaded a claim of joint and several liability and whether they have identified facts that would support a finding of joint and several liability. The facts identified by the Plaintiffs do not support such a finding. The Pilot Car Defendants' agreement to provide pilot escort services for transportation of the

extra-legal load and their acceptance of payment for such services are not sufficient bases for imposing joint and several liability pursuant to C.R.S. § 13-21-115.(4).

The Plaintiffs' brief includes a motion for an order precluding the Defendants' retained expert Thomas Alcorn from testifying, or alternatively, limiting Alcorn's opinion testimony. Alcorn will be permitted to testify, but he will not be permitted to offer opinions about his interpretation of statutes or regulations. The court will instruct the jury on the applicable law. Expert opinion testimony about the causes of the accident will not be permitted because causation is to be determined by the jury.

Accordingly, it is

ORDERED that the Defendants' renewed motion for summary judgment is denied; it is

FURTHER ORDERED the jury will not be instructed on joint and several liability, and it is

FURTHER ORDERED that Thomas Alcorn will be permitted to testify, subject to the limitations described above.

Date: February 2, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge