IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

MARITZA RAMOS AREVALO, )
CONSERVATOR OF A.N.M.R., A )
MINOR CHILD AND HEIR TO THE )
ESTATE OF NOEMY RAMOS JIMINEZ, )
AND CONSERVATOR OF C.A.M.R., A )
MINOR CHILD AND HEIR TO THE )
ESTATE OF NOEMY RAMOS JIMINEZ, )
             )
  Plaintiffs,        )   Civil Action No. 10 CV 00010-RPM
             )
v.             )
             )
SONRISE PILOT, LLC, A COLORADO )
LIMITED LIABILITY COMPANY; )
DAVID HAINAULT; PAC-VAN, INC., )
AN INDIANA CORPORATION, ALSO )
KNOWN OR DOING BUSINESS AS )
INNOVATIVE SPACE SOLUTIONS; )
JOHN DOES AND AN UNKNOWN )
PILOT ESCORT OPERATOR )
COMPANY, )
             )
  Defendants.

---

### ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL

---

  Upon consideration of the Parties' Stipulation of Dismissal, it is ORDERED that the Stipulation of Dismissal is granted. The above-referenced action shall be dismissed with prejudice. Each party shall pay their own attorneys fees and costs.

  DATED this 27th day of March, 2012.

                    /s/ Paul C. Fitch
                    United States District Court Judge

809578_1